| | |
|---|---|
| STATE OF MAINE<br>CUMBERLAND, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. <u>CV-22-303</u> |

KATHLEEN FINN, )
)
      Plaintiff, )
)
v. )
)
CUP 4 CUP, LLC et al., )
)
      Defendants. )

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Shelley Sawyer, Clerk          Sally A. Morris, Esquire
       Maine Superior Court          Jennifer H. Rhode, Esquire
       Cumberland County            Six City Center, Suite 300
       205 Newbury Street            Portland, ME 04101
       Portland, ME 04101

Please take notice that on October 28, 2022, Defendants filed a Notice of Removal removing the above-captioned civil action to the United States District Court for the District of Maine pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. A copy of the Notice of Removal is attached as <u>Exhibit 1</u>. Therefore, Defendants respectfully request that this Court proceed no further in this matter.

Dated: October 28, 2022                    Respectfully submitted,

                                                    /s/ Valerie A. Wright
                                                    Valerie A. Wright (ME Bar 9166)
                                                    LITTLER MENDELSON, P.C.
                                                    1 Monument Square, Suite 600
                                                    Portland, ME 04101
                                                    (207) 699-1116
                                                    vwright@littler.com

                                                    *Attorney for Defendants*