

Littler Mendelson, PC
1 Monument Square
Suite 600
Portland, ME 04101

Valerie A. Wright
207.699.1116 direct
207.774.6001 main
vwright@littler.com

October 28, 2022

**VIA HAND DELIVERY**
Shelley Sawyer, Clerk
Cumberland County Superior Court
205 Newbury Street
Portland, ME 04101

RE:   Kathleen Finn v. Cup 4 Cup, LLC, et al.
      Cumberland County Superior Court Docket No.: CV-2022-303

Dear Ms. Sawyer:

To the extent my appearance has not already been entered, please enter my appearance on behalf of the Defendants, Cup 4 Cup, LLC and French Laundry Restaurant Corporation, regarding the above-captioned matter.

Enclosed please find the Notice of Filing of Notice of Removal. In addition, this letter serves as our request for a certified copy of the state court record. Please contact Rachel Plourde in our office at 207-577-2199 regarding the cost for this record.

Please feel free to contact us if you have any questions.

Thank you for your assistance.

Sincerely,

Valerie A. Wright

VAW/rcp
Enclosure