| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> SALLY A. MORRIS, ATTORNEY AT LAW LLC <br> SIX CITY CENTER STE 300 <br> PORTLAND ME 04101 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 207-558-6161   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): KATHLEEN FINN | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: UNKNOWN CA |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: KATHLEEN FINN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CUP4CUP, LLC | 2022CV303 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: 22060125 |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. ☒ other (specify documents): SUMMONS & COMPLAINT OUT OF CUMBERLAND COUNTY, MAINE

3. a. Party served: **CUP4CUP, LLC**
   b. ☐ Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)(specify name and relationship to the party named in item 3a):

4. Address where the party was served: AGENT FOR SERVICE: KRYSTA SCULLY 6540 WASHINGTON STREET YOUNTVILLE CA 94599

5. I served the party
   a. ☒ **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on 09/29/2022 (2) at 3:45 pm
   b. ☐ **by substituted service**. On: at: I left the documents listed in item 2 with or in the presence of:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on.
         ☐ a declaration of mailing is attached.
   c. ☐ **by mail and acknowledgement of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on (date): (2) from (city):
      (3) ☐ with two copies of the Notice and Acknowledgement of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt) (Code Civ. Proc., § 415.30).
      (4) ☐ to an address outside California with return receipt requested (Code Civ. Proc., § 415.40).
   d. ☐ **by other means**. Method On: at:

Requestor Copy

6. The "Notice to Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of:
   c. ☐ as occupant
   d. ☐ On behalf of:
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)
   ☐ 416.20 (defunct corporation)
   ☐ 416.30 (joint stock company/association)
   ☐ 416.40 (association or partnership)
   ☐ 416.50 (public entity)
   ☐ 415.95 (business organization, form unknown)
   ☐ 416.60 (minor)
   ☐ 416.70 (ward or conservatee)
   ☐ 416.90 (authorized person)
   ☐ 415.46 (occupant)
   ☐ Other:

7. **Person who served papers**
   a. Name: DEPUTY J. BAUMGARTNER
   b. Address: 1535 Airport Blvd. Napa, CA 94558
   c. Telephone number: 707-253-4325
   d. The fee for service was: $ 40.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☒ exempt from registration under Business and Professional Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☒ **I am a California sheriff or marshall and** I certify that the foregoing is true and correct.

Friday, September 30, 2022

Oscar Ortiz,
County of Napa

By: _____ /s/ Bianchi _____
Sheriff's Authorized Agent

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>SALLY A. MORRIS, ATTORNEY AT LAW LLC<br>SIX CITY CENTER STE 300<br>PORTLAND ME 04101<br>TELEPHONE NO.: 207-558-6161   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* KATHLEEN FINN | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: UNKNOWN CA<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: KATHLEEN FINN<br>DEFENDANT/RESPONDENT: CUP4CUP, LLC | CASE NUMBER:<br>2022CV303 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>22060125 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. ☒ other *(specify documents)*: SUMMONS & COMPLAINT OUT OF CUMBERLAND COUNTY, MAINE

3. a. Party served: **CUP4CUP, LLC**
   b. ☐ Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:   AGENT FOR SERVICE: KRYSTA SCULLY 6540 WASHINGTON STREET YOUNTVILLE CA 94599

5. I served the party
   a. ☒ **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on 09/29/2022   (2) at 3:45 pm
   b. ☐ **by substituted service**. On:   at:   I left the documents listed in item 2 with or in the presence of:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on.
         ☐ a declaration of mailing is attached.
   c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on *(date):*   (2) from *(city):*
      (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt*)* (Code Civ. Proc., § 415.30.)
      (4) ☐ to an address outside California with return receipt requested (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means**. Method   On:   at:

Court Copy

6. The "Notice to Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of:
   c. ☐ as occupant
   d. ☐ On behalf of:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)
      ☐ 416.20 (defunct corporation)
      ☐ 416.30 (joint stock company/association)
      ☐ 416.40 (association or partnership)
      ☐ 416.50 (public entity)
      ☐ 415.95 (business organization, form unknown)
      ☐ 416.60 (minor)
      ☐ 416.70 (ward or conservatee)
      ☐ 416.90 (authorized person)
      ☐ 415.46 (occupant)
      ☐ Other:

7. **Person who served papers**
   a. Name:                DEPUTY J. BAUMGARTNER
   b. Address:             1535 Airport Blvd. Napa, CA 94558
   c. Telephone number:    707-253-4325
   d. The fee for service was: $ 40.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☒ exempt from registration under Business and Professional Code section 22350(b).
      (3) ☐ a registered California process server:
            (i) ☐ owner   ☐ employee   ☐ independent contractor.
            (ii) Registration No.:
            (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☒ **I am a California sheriff or marshall and** I certify that the foregoing is true and correct.

Friday, September 30, 2022

Oscar Ortiz,
County of Napa

By: _____
Sheriff's Authorized Agent