CONTAINS NONPUBLIC DIGITAL INFORMATION

MAINE JUDICIAL BRANCH

**EXHIBIT D**

Kathleen Finn _____ Plaintiff

v.

Restaurants by Thomas Keller, Defendant
d/b/a Thomas Keller Restaurant Group
c/o Corporation Trust Center Address
1209 Orange St.
Wilmington, DE 19801

"X" the court for filing:
☒ Superior Court ☐ District Court
County: CUMBERLAND
Location (Town): _____
Docket No.: CV-22-303

**SUMMONS**
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the ☐ District ☒ Superior Court, which holds sessions at (street address) 205 Newbury St. _____, in the Town/City of PORTLAND, County of CUMBERLAND, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of ☐ District ☒ Superior Court,

205 Newbury St., Grand Floor , Portland , Maine 04101
(Mailing Address)                                      (Town, City)                                            (Zip)

before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (mm/dd/yyyy): 09/22/2022
SALLY A. MORRIS              (☒ Attorney for) Plaintiff
Bar No. 8479                      Bar # (if applicable)
Sally A. Morris, Attorney at Law, LLC Address
Six City Center, Suite 300  Portland, ME 04101
(207) 558-6161                  Telephone/Email

(Seal of Court)

▶ _Shelly Sawyer_
Clerk

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

STATE OF ~~MAINE~~ Delaware

New Castle County

On (date) 9/29/22, I served the Complaint (and Summons, and <u>Notice Regarding Electronic Service</u>) upon Defendant Cup4Cup, LLC and restaurants by Thomas Keller by delivering a copy of the same at the following address: _____

☐ to the above-named Defendant in hand.

☐ to (name) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☒ to (name) Corporation Trust Company / Marcel Walker SOP Mgr who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____

Date (mm/dd/yyyy): 09/29/2022

▶ S.T. Elliott
Deputy Sheriff Signature

Steven T. Elliott
Printed Name

New Castle County Sheriff's Office
Agency

**Costs of Service:**

Service:  $ _____
Travel:   $ _____
Postage:  $ _____
Other:    $ _____

**Total**   $ _____

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.



**Office of the Sheriff**
**New Castle County, Delaware**

**Scott T. Phillips**
**Sheriff**

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

10/3/2022

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

Court Case # CV-22-303
Sheriff # 22-006258

### KATHLEEN FINN
### vs
### CUP4CUP, LLC AND RESTAURANTS BY THOMAS KELLER, LLC DBA THOMAS KELLER RESTAURANT GROUP

Steven Elliott, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon Registered Agent Representative **Marcel Walker, SOP Manager** at **CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON, DE 19801** on 9/29/2022 at 10:00 AM a copy of SUMMONS AND COMPLAINT for **RESTAURANTS BY THOMAS KELLER, LLC DBA THOMAS KELLER RESTAURANT GROUP**.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

Fees Paid: $75.00

_____
**Steven Elliott, Deputy Sheriff**

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on 10/3/2022 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Steven Elliott, a Deputy Sheriff of New Castle County and State of Delaware and stated that the facts stated above are true and correct.

**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

_____
**Notary Public**