<u>EXHIBIT E</u>

| | |
|---|---|
| STATE OF MAINE<br>CUMBERLAND, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. <u>CV-22-303</u> |

KATHLEEN FINN,           )
                         )
      Plaintiff,     )
                         )
v.                       )
                         )
CUP 4 CUP, LLC; RESTAURANTS BY  )
THOMAS KELLER, LLC d/b/a THOMAS )
KELLER RESTAURANT GROUP,        )
                         )
      Defendant.    )

## DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT and DEMAND FOR JURY TRIAL

Pursuant to Rule 6(b) of the Maine Rules of Civil Procedure, Defendants Cup 4 Cup, LLC and Restaurants by Thomas Keller, LLC d/b/a Thomas Keller Restaurant Group (hereinafter referred to as "Defendants") request a 60-day enlargement of time within which to answer or otherwise respond to Plaintiffs Complaint. In support of this motion, Defendants submit the following:

1. The current deadline for Defendants to file an answer or otherwise respond to the Complaint is October 12, 2022.

2. Undersigned counsel was first contacted October 7, 2022 and requested to represent and defend the Defendants regarding this claim. Undersigned counsel needs additional time to obtain and review file materials, investigate this claim and prepare an answer or response to Plaintiffs Complaint. For these reasons, Defendants move to enlarge the time for filing a responsive pleading by an additional 60 days.

3.	This motion is made in good faith and is not being brought for the purpose of delay. Defendants submit that no party will be prejudiced if this motion is granted.

4.	Plaintiffs counsel, Sally A. Morris, has been contacted and states that she consents to this motion.

WHEREFORE, based on the foregoing, Defendants respectfully request that this motion for a 60-day enlargement of time be granted, and that Defendants be given until December 12, 2022, to answer or otherwise respond to Plaintiffs Complaint.

Dated: October 11, 2022

Respectfully submitted,

_____
Valerie A. Wright (ME Bar 9165)
LITTLER MENDELSON, P.C.
1 Monument Square, Suite 600
Portland, ME  04101
207.774.6001
vwright@littler.com

*Attorney for Defendants*
*Cup 4 Cup, LLC and Restaurants by*
*Thomas Keller, LLC dlbla Thomas*
*Keller Restaurant Group*