**EXHIBIT F**

STATE OF MAINE  
CUMBERLAND, ss.

SUPERIOR COURT  
CIVIL ACTION  
DOCKET NO. CV-22-303

KATHLEEN FINN, )
)
      Plaintiff, )
)
v. )
)
CUP 4 CUP, LLC; RESTAURANTS BY )
THOMAS KELLER, LLC d/b/a THOMAS )
KELLER RESTAURANT GROUP, )
)
      Defendant. )

## ORDER REGARDING DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT and DEMAND FOR JURY TRIAL

Upon consideration of Defendants' Consent Motion to Enlarge Time to Answer or Otherwise Respond to Plaintiff's Complaint, the motion is hereby GRANTED. Defendants shall file an answer or otherwise respond to Plaintiff's Complaint on or before December 12, 2022.

The Clerk is instructed to incorporate this order on the docket by reference.

Date: 10/18/22

_____  
Justice, Superior Court

Entered on the Docket: 10/24/2022

REC'D CUMB CLERKS OF  
OCT 18 '22 AM10:18

US POSTAGE PITNEY BOWES

ZIP 04101
02 7H
0006088346

$ 000.57⁰

OCT 24 2022

FIRST-CLASS

CLERK OF COURTS
Cumberland County
205 Newbury Street, Ground Floor
Portland, ME 04101

VALERIE WRIGHT ESQ
LITTLER MENDELSON PC
ONE MONUMENT SQUARE
SUITE 600
PORTLAND ME 04101

04101$5440 C023