

**EXHIBIT G**

*Sally Morris*
*Admitted in ME & MA*

*Jennifer Rohde*
*Admitted in ME*

October 27, 2022

Shelley Sawyer, Clerk
Cumberland County Superior Court
205 Newbury Street
Portland, ME 04101

      Re:    Kathleen Finn v. Cup4Cup, LLC and Restaurants By Thomas Keller, LLC d/b/a Thomas Keller Restaurant Group; Superior Court Docket No. 22-CV-303

Dear Ms. Sawyer:

Enclosed for filing in the above matter please find:

1. Notice of Voluntary Dismissal of Defendant Restaurants By Thomas Keller, LLC d/b/a Thomas Keller Restaurant Group;
2. First Amended Complaint filed pursuant to Me. R. Civ. P. 15(a) prior to a responsive pleading being filed; and
3. Acknowledgement of Service of French Laundry Restaurant Corporation.

Thank you for your attention in this regard.

Sincerely,

Sally Morris

cc:    Valerie Wright, Esquire (by email)

Six City Center, Suite 300, Portland, ME 04101 • T: 207.558.6161
smorris@morrisemploymentlaw.com
www.morrisemploymentlaw.com

| | |
|---|---|
| STATE OF MAINE<br>CUMBERLAND, ss | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO.:22-303 |

KATHLEEN FINN, )
      Plaintiff, )
      v. )
CUP 4 CUP, LLC;  )
RESTAURANTS BY THOMAS )
KELLER, LLC d/b/a )
THOMAS KELLER RESTAURANT )
GROUP, )
      Defendants. )

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RESTAURANTS BY THOMAS KELLER, LLC d/b/a/ THOMAS KELLER RESTAURANT GROUP

Pursuant to Me. R. Civ. P. 41(a) Plaintiff, Kathleen Finn, hereby voluntarily dismisses without prejudice Defendant Restaurants by Thomas Keller, LLC, d/b/a Thomas Keller Restaurant Group only. All other claims against all other defendants remain pending. Defendants have not yet answered the complaint.

Dated: October 26, 2022

_/s/ Sally A. Morris_
Sally A. Morris, Esq. Bar No. 8479
Jennifer H. Rohde, Bar No. 8694
Attorneys for Kathleen Finn
Sally A. Morris, Attorney at Law
Six City Center, Suite 300
Portland, ME 04101
(207) 558-6161
smorris@morrisemploymentlaw.com
jenrohde6@outlook.com

1