**EXHIBIT J**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KATHLEEN FINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| CUP4CUP, LLC and FRENCH LAUNDRY RESTAURANT CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF TONY LOPEZ**

I, Tony Lopez, declare that I am over the age of 18 and fully competent to make this Declaration, which is based upon my personal knowledge, and the facts contained herein are true and correct:

1. I am the Chief Financial Officer ("CFO") of the business entities related to the Thomas Keller Restaurant Group. In this capacity, I have personal knowledge of the facts contained in this declaration, or I have knowledge of such facts based on my review of company business records and files that are maintained in the regular course of business. I am authorized to make this declaration on behalf of Cup4Cup, LLC ("Cup4Cup") and French Laundry Restaurant Corporation, and if called as a witness, I could and would testify competently to such facts contained herein.

2. Cup4Cup is a Limited Liability Company organized under the laws of the State of California.

3. French Laundry Restaurant Corporation is the sole member and one hundred percent owner of Cup4Cup. French Laundry Restaurant Corporation is a corporation organized

under the laws of the State of California, with its principal place of business located at 6540 Washington Street, Yountville, California 94599.

4. Restaurants by Thomas Keller, LLC ("RTK") is a Limited Liability Company organized under the laws of the State of Delaware.

5. RTK is not an entity that is actively being used for any business purpose. RTK has had no known contacts with the State of Maine and has no ownership interest in Cup4Cup. Upon information and belief, either a California corporation or Thomas Keller, an individual, is the sole member of RTK. Thomas Keller is domiciled, and was domiciled at the time this lawsuit was filed, in the State of California.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on October 27, 2022 at Yountville, California.

/s/ Tony Lopez
TONY LOPEZ