IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| KATHLEEN FINN,<br><br>      Plaintiff,<br><br>    v.<br><br>CUP4CUP, LLC; FRENCH LAUNDRY RESTAURANT CORPORATION d/b/a THOMAS KELLER RESTAURANT GROUP,<br><br>      Defendants. | Civil Action No.: 2:22-cv-00334-JAW |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kathleen Finn and Defendants Cup4Cup, LLc, French Laundry Restaurant Corporation d/b/a Thomas Keller Restaurant Group, by their undersigned counsel, hereby stipulate and agree that this action, together with any and all claims asserted in the action, shall be dismissed in its entirety with prejudice and without any assessment by the Court of costs or attorneys' fees and waiving all rights of appeal.

Date:  March 30, 2024               Respectfully submitted,


                                               */s/ Sally A. Morris*
                                               Sally A. Morris (Bar #8479)
                                               Six City Center, Suite 300
                                               Portland, ME 04101
                                               Phone:  207-558-6161
                                               smorris@morrisemploymentlaw.com

                                               Attorney for Plaintiff Kathleen Finn

Date:  March 30, 2024  /s/ Stephen T. Melnick
Stephen T. Melnick, *pro hac vice*
Timothy H. Powell (Bar No. 6137)
LITTLER MENDELSON, P.C.
One Monument Square, Suite 600
Portland, ME 04101
Phone:  207-774-6001
mcaterine@littler.com
vwright@littler.com
ahannoush@littler.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

      I, Sally Morris, hereby certify that I electronically filed the foregoing document using the CM/ECF system on the date noted below, which will send notification of such filing.

Dated: March 30, 2024

                    /s/ *Sally A. Morris*
                  Sally A. Morris, Esquire (Bar #8479)
                  Six City Center, Suite 300
                  Portland, ME 04101
                  Phone: (207) 558-6161
                  Smorris@morrisemploymentlaw.com

                  *Attorney for Plaintiff Kathleen Finn*